ACCEPTED
03-15-00558-CV
6864042
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 11:42:49 AM
JEFFREY D. KYLE
CLERK

### IN THE COURT OF APPEALS
### THIRD DISTRICT OF TEXAS

| | | |
|---|---|---|
| **FINE LINE COMMERCIAL, LLC** | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | |
| *Plaintiff &* | § | Court of Appeals No.: 03-15-00558-CV 9/10/2015 11:42:49 AM |
| *Counter-Defendant,* | § | JEFFREY D. KYLE Clerk |
| | § | Trial Court Case No.: C-1-CV-15-006001 |
| **v.** | § | |
| | § | |
| **ATX PAINTING COMPANY, INC.** | § | |
| | § | |
| *Defendant &* | § | |
| *Counter-Plaintiff.* | § | |

### ATX PAINTING COMPANY, INC.'S
### MOTION TO DISMISS WITHOUT PREJUDICE

**COMES NOW APPELLANT ATX PAINTING COMPANY, INC.** and hereby requests that the Court of Appeals FOR THE Third District of Texas dismiss the above-entitled and numbered appeal, without prejudice, pursuant to Texas Rule of Appellate Procedure 42.

Dated: Thursday, September 10, 2015.

Respectfully submitted,

*/s/ Ronald A. Ortman*

_____

Ronald A. Ortman
Texas State Bar No.: 15324407
ORTMAN LAW FIRM
700 N. Saint Mary's St., Ste. 1400
San Antonio, Texas 78205-3535
T. (210) 591-1770
Email: raortman@raortman.com

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results:

David M. Walters, attorney of record for FINE LINE COMMERCIAL, LLC:

☐ opposes motion;
☐ does not oppose motion;
☐ agrees with motion;
☐ would not say whether motion is opposed;
☒ did not return my message regarding the motion.

*/s/ Ronald A. Ortman*

_____
Ronald A. Ortman
ATTORNEY FOR APPELLANT

DATE:  THURSDAY, SEPTEMBER 10, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ATX PAINTING COMPANY, INC.'S MOTION TO DISMISS WITHOUT PREJUDICE** has been served upon all counsel/parties, as listed below, by placing a copy of same in the United States mail, certified, return receipt requested, facsimile, electronically by ProDoc e-File, and/or by hand delivery on Thursday, September 10, 2015.

WALTERS HULL, PLLC                                               **via eService**
1101 Navasota Street Suite 1
Austin, TX 78702
Tel.  (512) 236-1114
Fax  (512) 236-1292

Brian E. Walters
Texas Bar No. 24056489
brian@waltershull.com
Mark A. Hull
Texas Bar No. 24042542
mark@waltershull.com
David M. Walters
Texas Bar No. 24056490
david@waltershull.com

ATTORNEYS FOR APPELLEE

*/s/ Ronald A. Ortman*
_____
Ronald A. Ortman
ATTORNEY FOR APPELLANT